IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NORTHWEST ADMINISTRATORS INC,             No. C 10-01950 CW

    Plaintiff,                           ORDER RE DEFAULT

  v.

EL CAMINO PAVING INC,

    Defendant.
                                      /

    Default having been entered by the Clerk on July 19, 2010,

    IT IS HEREBY ORDERED that Plaintiff shall file a motion for default judgment within 30 days from the date of this order, and upon filing of motion for default judgment, said motion will be referred to a Magistrate Judge, pursuant to Civ. L.R. 72-1, to be heard and considered at the convenience of his/her calendar.  The Magistrate Judge shall prepare findings and recommendation on the motion.

    IT IS FURTHER ORDERED that the Case Management Conference previously set for Tuesday, September 7, 2010 is continued to Tuesday, December 7, 2010.

Dated: 7/21/2010

                                     CLAUDIA WILKEN
                                     United States District Judge

cc: Wings