ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
3030 Bridgeway, Suite 121
Sausalito, CA 94965
Telephone:  (415) 392-5431

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NORTHWEST ADMINISTRATORS, INC.,    )    NO.  C 10 1950 CW (BZ)
                                   )
                    Plaintiff,     )    ORDER TO CONTINUE CASE
                                   )    MANAGEMENT CONFERENCE
          vs.                      )
                                   )
EL CAMINO PAVING, etc.,            )
                                   )
                    Defendant.     )
_____)

     IT IS ORDERED that the Case Management Conference in this case set for December 7, 2010 be continued to January 25, 2011 at 2:00 p.m. in Courtroom 2, 4th Floor, 1301 Clay Street, Oakland, CA 94612.

Dated: 11/29/2010                    _____
                                     Judge Claudia Wilken

ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE