IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., | No. C 10-1950 CW |
| Plaintiff, | ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION RE DEFAULT JUDGMENT |
| v. | |
| EL CAMINO PAVING, INC., a California Corporation, | |
| Defendant. | |

    The Court has reviewed Magistrate Judge Zimmerman's Report and Recommendation Re Default Judgment.  No objections to the report have been received.  The Court finds the Report correct, well-reasoned and thorough, and adopts it in every respect.  Accordingly,

    IT IS HEREBY ORDERED that is GRANTED.  The Clerk shall enter judgment in accordance with the Report and Recommendation.

Dated: 12/30/2010

CLAUDIA WILKEN
United States District Judge